UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KRISTY MICKELSEN,<br><br>    Plaintiff,<br><br>v.<br><br>EASTERN IDAHO TECHNICAL COLLEGE d.b.a. COLLEGE OF EASTERN IDAHO; and JOHN AND JANE DOES I-XX, whose identities are unknown,<br><br>    Defendant. | Case No. 4:20-cv-00189-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor of Defendants and this case be DISMISSED IN ITS ENTIRETY.

DATED: December 3, 2020

_____
B. Lynn Winmill
U.S. District Court Judge

JUDGMENT - 1